UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clay Garvin,

                              Plaintiff,

      -against-

City of New York, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2024

1:23-cv-10314 (LJL) (SDA)

ORDER SCHEDULING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron Thursday, September 5, 2024, at 10:30 a.m. The conference shall proceed by Microsoft Teams.

It is hereby ORDERED that the official in charge of the Green Haven Correctional Facility or his/her designee produce Plaintiff, on September 5, 2024, at 10:15 a.m., to a suitable location within the Green Haven Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and counsel. If the scheduled time and date presents a hardship, the official in charge or his/her designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Plaintiff's counsel is directed to contact the Green Haven Correctional Facility to arrange that Plaintiff will be reachable at the above time and date.

The Court will provide the Microsoft Teams information to defense counsel by email prior to the conference. Defense counsel shall in turn provide the Microsoft Teams dial-in information to the Green Haven Correctional Facility. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron. Please note that Section 4 of the

Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, August 29, 2024).

**SO ORDERED.**

Dated:   New York, New York
         August 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge